# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HEATHER BENNETT,
        Plaintiff,

-vs-                                              Case No. 6:08-cv-611-Orl-28GJK

D.L.S. MARKETING, LLC,
d/b/a Xtreme Accessories,
        Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 28) filed May 4, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection Regarding The Holding Of The Report & Recommendation Dated May 4, 2009 (Doc. No. 29),[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 4, 2009 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 26) is **GRANTED**.

---

[1] The Court notes Plaintiff's attorney "disagrees" with the Report and Recommendation's determination of Plaintiff's counsel's hourly rate. (Doc. 29). This Court does not address this determination or disagreement as the Report and Recommendation's recommendation of the award is as to the proposed settlement which is less than the fees and costs under a lodestar analysis.

3. The settlement agreement is a fair and reasonable resolution of Fair Labor Standards Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party